## SUPERIOR  COURT

George E. Joslin
vs.                    No.53465
Elbridge A. Rhodes
Elbridge A. Rhodes
vs.                    No.53698
George E. Joslin

RESCRIPT

November 14, 1924

CAPOTOSTO, J. After a hearing on bill of exceptions these cases were returned from the Supreme Court for the consideration by this court of new evidence which Rhodes claims to have discovered subsequent to the denial by this court of his original mo-

tion for a new trial. The newly dis-
covered evidence which Rhodes seeks
to take advantage of is set forth in
an affidavit of one Mrs. Sweet, who
claims, among other things, to have
heard Joslin say on more than one
occasion that his contract with
Rhodes was to saw the timber on both
lots. Joslin in a counter affidavit de-
nies any such admission at any time.

The original motion for a new trial
was denied by this court because the
testimony on the actual agreement
between the parties was presented by
interested parties on each side; that
is, Joslin on one side and Rhodes and
his son on the other. Under these
circumstances the jury might well be-
lieve one and not the other. In the
absence of any reason to question this
finding, the jury's verdict was allowed
to stand. What effect the testimony
of Mrs. Sweet would have had upon
the jury is something that no one can
tell. Admissions against interest
may or may not be of vital impor-
tance to a jury in determining a given
question of fact. Much depends upon
the circumstances under which the
admission was made, if made at all,
and the appearance and demeanor of
the witness on the witness stand who
testifies to that particular fact. Mrs.
Sweet's testimony, therefore, may or
may not assist the jury in reaching
a conclusion.

The argument advanced by coun-
sel for Joslin as to the value of Mrs.
Sweet's testimony may have great
weight with a jury, but I can not at
this time say that, taking the testi-
mony at its face value, it might not
result in a different verdict. I feel
that Rhodes should have an oppor-
tunity of presenting his case to a jury
upon all the evidence which is now in
his possession.

The motion of Elbridge A. Rhodes
for a new trial in each case is there-
fore granted.

For George E. Joslin: Cooney &
Cooney.

For Elbridge A. Rhodes: James H.
Rickard, Jr.